■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MELENDEZ, Appellant.—Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered August 27, 1985, which convicted defendant, upon his plea of guilty, of the

crime of manslaughter in the first degree (Penal Law § 125.20), and sentenced him to an indeterminate term of imprisonment of from 8⅓ to 25 years, is unanimously modified, as a matter of discretion in the interest of justice, only to the extent of reducing the sentence to an indeterminate term of imprisonment of from 4 to 12 years, and otherwise affirmed.

We find the sentence to be excessive, as our examination of the record indicates that defendant, who is 50 years of age, with a steady record of employment, and who has no prior record, appears to be one who possesses the potential to be a productive and law-abiding member of society. Concur—Kupferman, J. P., Ross, Carro, Rosenberger and Wallach, JJ.